## THE STATE *v.* DAY.

From the Putnam Circuit Court.

*C. A. Buskirk*, Attorney General, *R. D. Doyle* and *T. C. Grooms*, for the State.

*M. A. Moore, G. Moore* and *D. R. Eckles*, for appellee.

DOWNEY, C. J.—The questions in this case are the same as those in *The State* v. *Day, ante*, p. 483, and for the reasons there stated the judgment must be reversed.

The judgment is reversed, with costs, and the cause remanded.